UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL KECK,<br><br>    Plaintiff,<br><br>v.<br><br>S. BATRA,<br><br>    Defendant. | Case No. 1:19-cv-00910-JDP<br><br>ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |

Plaintiff is a civil detainee proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. Individuals detained under California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *See Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). Plaintiff has neither paid the $400.00 filing fee nor submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, it is hereby ordered that:

1. The clerk's office shall send to plaintiff an application to proceed *in forma pauperis* for a non-prisoner.

2. Within thirty days of the date of service of this order, plaintiff must submit a completed and signed application to proceed *in forma pauperis* for a non-prisoner, or in the alternative, pay the $400.00 filing fee for this action. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   July 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 203