UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL KECK,<br><br>            Plaintiff,<br><br>   v.<br><br>S. BATRA,<br><br>            Defendant. | 1:19-cv-00910-JDP<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 4 |

Plaintiff is a civil detainee proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff has filed an application to proceed *in forma pauperis*. ECF No. 4. An examination of this document reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.


Dated:   August 2, 2019                                        /s/ Jeremy Peterson
                                                                     UNITED STATES MAGISTRATE JUDGE