UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL KECK,<br><br>    Plaintiff,<br><br>    v.<br><br>S. BATRA,<br><br>    Defendant. | Case No. 1:19-cv-00910-JDP<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS CASE BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>OBJECTIONS DUE IN THIRTY DAYS<br><br>ORDER THAT THE CLERK ASSIGN THIS CASE TO A DISTRICT JUDGE |

     Plaintiff Bill Keck is a civil detainee proceeding without counsel and without prepayment of fees in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff's complaint was screened on December 2, 2019, and plaintiff was ordered to respond within thirty days. ECF No. 8. Plaintiff, however, filed neither a response to the screening order nor a first amended complaint. On April 6, 2020, the court issued an order to show cause why the case should not be dismissed for failure to prosecute and comply with a court order. ECF No. 9. That order warned that a failure to respond would "constitute another failure to comply with a court order and will result in dismissal of this case." *Id*. at 2. Plaintiff has again not responded. We thus recommend that the case be dismissed.

     To manage our docket effectively, we impose deadlines and require litigants to meet those deadlines. When a plaintiff fails to comply with court-imposed deadlines, the court may

1

dismiss the plaintiff's case for failure to prosecute. *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

This recommendation will be submitted to a U.S. district judge presiding over the case under 28 U.S.C. § 636(b)(1)(B) and Local Rule 304. Within 30 days of the service of the findings and recommendations, the parties may file written objections to the findings and recommendations with the court and serve a copy on all parties. That document must be captioned "Objections to Magistrate Judge's Findings and Recommendations." The presiding district judge will then review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

**ORDER**

The clerk of court is ordered to assign the case to a district judge to review the recommendation above.

IT IS SO ORDERED.

Dated:   May 14, 2020                                    _____
                                                          UNITED STATES MAGISTRATE JUDGE

No. 205.