UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL KECK,<br><br>             Plaintiff,<br><br>      v.<br><br>S. BATRA,<br><br>             Defendant. | Case No. 1:19-cv-00910-JDP<br><br>ORDER DENYING PLAINTIFF'S SECOND APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ECF No. 13 |

Plaintiff Bill Keck is a civil detainee proceeding without counsel and without prepayment of fees in this civil rights action brought under 42 U.S.C. § 1983. On June 25, 2020, the court received plaintiff's second application to proceed *in forma pauperis*. ECF No. 13. However, plaintiff's original application to proceed *in forma pauperis* was granted in August 2019. *See* ECF No. 5. Because plaintiff does not need to reapply, his second application is denied as moot.

IT IS SO ORDERED.

Dated:   June 26, 2020                                  ⁄s⁄ Jeremy Peterson
                                                  UNITED STATES MAGISTRATE JUDGE

No. 205.