UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL KECK,<br><br>              Plaintiff,<br><br>    v.<br><br>S. BATRA,<br><br>             Defendant. | Case No. 1:19-cv-910-AWI-HBK<br><br>ORDER TO RESCIND MAY 15, 2020 FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

On November 17, 2020, this case was re-assigned to the undersigned magistrate judge. (Doc. No. 17). The Court has completed an initial review of the docket and rescinds the May 15, 2020 Findings and Recommendations previously issued.

A review of the docket reveals Plaintiff Bill Keck initiated this action proceeding *pro se* as a civil detainee at Coalinga State Hospital by filing a civil rights complaint under 42 U.S.C. §1983 on July 3, 2019. (Doc. No. 1). Plaintiff was permitted to proceed *in forma pauperis* in this action. (Doc. No. 5). On December 2, 2019, the then assigned magistrate judge issued a screening order finding insufficient facts alleged in the complaint and directed Plaintiff to file a first amended complaint ("FAC") within thirty days if he wished to proceed with the action. (Doc. No. 8). The Court warned that failure to file a FAC would result in the recommendation to the district court that the case be dismissed. (*Id.*) Plaintiff did not file a FAC within thirty days, or otherwise respond to the Court's screening order. (*See* docket). Consequently, on April 6,

2020 the then assigned magistrate judge issued an order to show cause within 30 days why the case should not be dismissed. (Doc. No. 9). Plaintiff again did not respond to the Court's order. (*See* docket). As a result, the then assigned magistrate judge issued a May 15, 2020 Findings and Recommendations that the case be dismissed for failure to prosecute because Plaintiff did not file a FAC or otherwise comply with the court's orders. (Doc. No. 10 at 1-2). However, on June 5, 2020, the then assigned magistrate judge granted Plaintiff 60 days to file his amended complaint. (Doc. No. 12). On June 25, 2020, Plaintiff filed his amended complaint. (Doc. No. 14).

Based on the foregoing procedural history and considering Plaintiff complied with the Court's June 5, 2021 Order, the undersigned finds the May 15, 2020 Findings and Recommendations should be rescinded. (Doc. No. 10). A screening order on Plaintiff's FAC will issue in due course.

Accordingly, it is **ORDERED**:

1. The May 15, 2020 Findings and Recommendations (Doc. No. 10) are **rescinded**, and the Clerk shall notate the docket accordingly.

2. A screening order on the Plaintiff's amended complaint (Doc. No. 14) will issue in due course.

Dated:  October 28, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE