UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL KECK,<br><br>        Plaintiff,<br><br>   v.<br><br>S. BATRA,<br><br>        Defendant. | Case No. 1:19-cv-00910-AWI-HBK (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION**<br><br>(Doc. No. 19) |

    Plaintiff Bill Keck, a civil detainee, initiated this action proceeding *pro se* by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. No. 1). The matter was referred to the assigned United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 11, 2022, the magistrate judge issued a findings and recommendations recommending the district court dismiss the first amended complaint for failure to state plausible constitutional claim. (Doc. No. 19). The findings and recommendations served on Plaintiff contained notice that any objections to the findings and recommendations were due within fourteen days. (*Id.* at 1, 11). Plaintiff has not filed any objections and the time to do so has expired. (See docket).

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDRED that:

1. The Findings and Recommendations issued on July 11, 2022 are ADOPTED in full;

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against plaintiff.

IT IS SO ORDERED.

Dated:   September 8, 2022

SENIOR  DISTRICT  JUDGE